**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8125**

JOSE ANTONIO MORALES,

             Plaintiff - Appellant,

      v.

CAPTAIN JOHN CHARLES HOLLY; SGT. CHARLES BRIAN ESTES,

             Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:09-cv-00175-CCE-LPA)

Submitted:  April 4, 2013          Decided:  April 24, 2013

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Antonio Morales, Appellant Pro Se.  James R. Morgan, Jr., WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Antonio Morales appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Morales v. Holly</u>, No. 1:09-cv-00175-CCE-LPA (M.D.N.C. Oct. 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>